**CHEMICAL ENGINEERING SERVICES, INC. d/b/a Drilpac Management, Appellant,**

v.

**John R. TOMLINSON, Appellee.**

No. 09–87–207 CV.

Court of Appeals of Texas, Beaumont.

May 5, 1988.

Mike Fielder, Dayton, for appellant.

J.C. Zbranek and Chap B. Cain, III, Zbranek, Hight & Cain, Liberty, for appellee.

OPINION

DIES, Chief Justice.

In the trial court, Appellee John R. Tomlinson, as Plaintiff, sued Appellant Chemical Engineering Services, Inc. d/b/a Drilpac Management, for money allegedly owed by Drilpac to Tomlinson pursuant to an assignment of a mineral lease from Tomlinson to Drilpac and an operating agreement to which Tomlinson and Drilpac were parties. In a contested preliminary hearing to the court, the court appointed Tomlinson as receiver, and Drilpac has perfected appeal to this court. Appellant has filed a brief, but Appellee has not.

*TEX.CIV.PRAC. & REM.CODE ANN. sec. 64.021* (Vernon 1986) provides in part: "(a) To be appointed as a receiver for property that is located entirely or partly in this state, a person must:

\*    \*    \*    \*    \*    \*

"(2) not be a party, attorney, or other person interested in the action for appointment of a receiver."

It is obvious that this statute disqualifies Appellee from being appointed receiver. Appellant's sole point of error is sustained. The order of the trial court is reversed and vacated.

Reversed.